FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

00 JUL 27 PM

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| TOMMY WAYNE OWENS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 99-BU-2441-NE |
| ) | |
| WARDEN TERRENCE McDONALD, ) | |
| et al, ) | |
| ) | |
| Respondents. ) | |

ENTERED
JUL 27 2000

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the petitioner's request that this action be stayed rather than dismissed. The Court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to completely exhaust his state court remedies. An appropriate order will be entered.

DONE, this 27th day of July, 2000.

H. DEAN BUTTRAM, JR.,

